IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-50507
USDC No. MO-94-CV-232
_____


JOSEPH BELL,

                              Plaintiff-Appellant,

versus

O.A. "BOB" BROOKSHIRE, Sheriff of
Ector County, Texas; UNKNOWN MEDICAL
DR.; ECTOR COUNTY MEDICAL CENTER; WOMEN
AND CHILDREN'S HOSPITAL; ECTOR COUNTY, TEXAS,

                              Defendants-Appellees.



- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
- - - - - - - - - -
December 14, 1995
Before WIENER, PARKER and DENNIS, Circuit Judges.

PER CURIAM:[*]

    Joseph Bell moves for leave to proceed on appeal <u>in</u>
<u>forma</u> <u>pauperis</u> (IFP).  <u>See</u> Fed. R. App. P. 24(a).

    Bell argues that error occurred by the denial of his motions
for appointment of counsel.  Because an examination of the record
confirms that no exceptional circumstances existed in this case

---

    [*]    Local Rule 47.5 provides:  "The publication of opinions
that have no precedential value and merely decide particular
cases on the basis of well-settled principles of law imposes
needless expense on the public and burdens on the legal
profession."  Pursuant to that Rule, the court has determined
that this opinion should not be published.

which would require the appointment of counsel, we find no abuse of discretion.

Bell also challenges the grant of summary judgment for the hospital. For essentially the reasons given by the magistrate judge, we find no error in the grant of summary judgment.

Bell has not presented a nonfrivolous issue. Therefore, IT IS ORDERED that his motion for leave to proceed on appeal IFP is DENIED. His remaining motions filed with this court are DENIED as unnecessary. Because his appeal is frivolous, the appeal is DISMISSED.